United States Court of Appeals

For the Eighth Circuit

_____

No. 22-2695

_____

United States of America,

*Plaintiff - Appellee*,

v.

Ali Fazil Ali,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: October 24, 2022
Filed: October 27, 2022
[Unpublished]

_____

Before COLLOTON, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Ali Ali appeals after the district court[1] revoked his supervised release and sentenced him to 6 months in prison. His counsel has moved to withdraw and filed

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the revocation sentence.

We conclude that Ali's sentence was not unreasonable, as there was no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review); *United States v. Larison*, 432 F.3d 921, 922-23 (8th Cir. 2006); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014). The revocation sentence and term of supervised release are within the statutory range, *see* 18 U.S.C. § 3583(e)(3); 21 U.S.C. § 841(b)(1)(A), and the district court stated that it had considered the 18 U.S.C. § 3553(a) factors. *See United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____